# United States District Court

SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 MAY -1 P 12: 56

UNITED STATES OF AMERICA
V.

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Thessalonius Holmes

Case Number: CR194-00072-008

USM Number: 08685-021

Martin Puetz
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of _mandatory and standard_ conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition) | January 12, 2007 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (standard condition No. 7) | April 5, 2006 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: 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

Defendant's Date of Birth: May 18, 1966

April 23, 2007
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
204 Dogwood Drive
Augusta, Georgia 30906

Defendant's Mailing Address:
In federal custody

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

5/1/2007
Date

DEFENDANT: Thessalonias Holmes
CASE NUMBER: CR194-00072-008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __36 months__ .

[ ]     The Court makes the following recommendations to the Bureau of Prisons:


[X]     The defendant is remanded to the custody of the United States Marshal.
[ ]     The defendant shall surrender to the United States Marshal for this district,

       [ ] at ___ [ ] a.m. [ ] p.m. on _____ .
       [ ] as notified by the United States Marshal.


[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       [ ] before 2 p.m. on _____ .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.




                                                               United States Marshal


                                      By _____

                                                 Deputy United States Marshal

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

          vs.     *      CASE NO. 1:94-cr-72-8

THESSALONIUS HOLMES     *

                              *

                              *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER REVOKING dated 5/1/07, which is part of the official records of this case.

Date of Mailing:    5/2/07
Date of Certificate: 5/2/07

                                           SCOTT L. POFF, CLERK

                                           By: *[signature]*

NAME:
1. Thessalonius Holmes
2. Martin Puetz
3. 
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☒ ☐ U.S. Probation
- ☒ ☐ U.S. Marshal
- ☒ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds